UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS, ) | 1:09-cv-01368 MJS HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER DENYING PETITIONER'S |
| v. ) | MOTION FOR RECONSIDERATION |
| ) | REGARDING ORDER TO OBTAIN |
| HEDGPETH, ) | MENTAL HEALTH RECORDS |
| ) | |
| Respondent. ) | [Docs. 19] |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus in accordance with the provisions of 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 305(b).

On December 2, 2009, Petitioner filed a motion requesting a court order to obtain mental health records relating to a March 27, 1981 hearing. (Mot. to Obtain Docs., ECF No. 12.) The motion was denied by a reasoned decision of this Court on July 16, 2010. (Order, ECF No. 18.) Petitioner's present motion for reconsideration is denied for the same reasons stated in the Court's previous order.

Respondent has not yet filed a formal response to Petitioner's petition; he has been directed to do so. (Order to Respond, ECF No. 15.)  In the event the response leads to a

1  determination that this matter shall be heard on the merits, Petitioner may, for good casue
2  shown, renew his motion to seek discovery.
3       Therefore, at this time Petitioner's motion for reconsideration is DENIED.

8  IT IS SO ORDERED.

9  Dated:   August 24, 2010           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE